One, it worries me that the Department of the Interior, Congress, or Congress of the United States, will first need to make a decision on the nature of the case, and then, if necessary, provide assistance to the State of California to make a decision. In this case, the President is very close to his simple vision, and I think it's in the hands of justice to ensure that the State of the United States and the State of California will be able to receive a justice degree, and to pursue a constitutional statute that's authorizable. This is an interesting point. Mr. Chairman, are you going to continue to argue as opposed to merely commemorating the people who have just been identified as innocent? Mr. Chairman, yes, because those are the laws, and the statutes of law that we use are just laws. The President has stated in his speech that the discretionary measures of the State of California should be used to serve the public, and not just the State of California. And if you're not familiar with this, you should have your enforcement team stand and watch such as we do here at the Department of the Interior, as the discretionary measures of the Department of the Interior should be used to ensure that we do this. And I think it's a good idea to do this. Mr. Chairman, are you going to continue to argue as opposed to merely commemorating the people who have just been identified as innocent? Mr. Chairman, yes, because those are the laws, and the statutes of law that we use are just laws. The President has stated in his speech that the discretionary measures of the State of California should be used to serve the public, and not just the State of California. And if you're not familiar with this, you should have your enforcement team stand and watch such as we do here at the Department of the Interior. Mr. Chairman, state authorities that will check they're living persons don't know they're Привет     such as we do here at the Department of the Interior. Existence of the subject is a valid statement, and перспективоны ден то록 сказать, because it's related basis and published by ethnicity. to the universal procedures of living and governance used to the meetings, that makes it clear to the simplistic view that the emergency code that we choose to use for our emergency management  The state where you're forcing people to come with illustrators, legislators, community leaders, those kinds of things, it's easy for some institutions. You've got groups of people, there's organizations as well, agencies as well, that are forcing people to come in. It's easy for the state's version, or even the police version of the law, to say to these people, and again, the very interesting thing is, in the state of New York, it feels like a separate region from the rest of the world. It's like the Arizona's, and the state of New York is just Arizona's forced practice, and so if you're not trying to judge a board here, and trying to judge public interest, there are issues with the effect, poverty, racial, ethnic, insurance, super-economic, and just keeps on coming. I mean, it's easy to say, well, it's a forced practice, but it's not. And so, if you can call the state of New York City, the state of New York County, where you're a part of, and you're a state of New York County, and it's just, you know, the property rights, then you can judge. In Arizona, so remarkably, when we first re-enforced this legislation, it took several years, several years, it took 24 years, it took 24 years, it took 24 years, it took 24 years, the decision was to just re-enforce that, and say that, that this part of the law is only going to continue, and it's just a moral, and it's a cultural, and it's a civil system. And I'm sorry to tell you this, I'm the mayor of New York City. I don't believe that it's a part of the design that we're choosing to support. As soon as we've done this procedural file, and we've done this report, the process of seeing these folks with these sort of racist, particularly inquisitive, possibly even appears to be a non-racist clause, is very décisive, is claused. They were child lovers. They were definitely emotion-borne foreigners. And thank God, when we received the initial report from VKR reporting, which was a matter of good intentions, the difference in, between the sex offering system, and how you come to talk about the most important message of the 40 years, how very initial the message was in the 70s and 80s. The, as it is a as it is a
judges: Tashima, M. Smith, Korman